### ORANGE.

A by-law of a town having provided, that town-meetings should be warned "by post-
ing up a copy of the warrant fourteen days, at the least, at the public meeting-
house, except on special occasions, and then to be warned by the constable," it was
held, that the election of a representative, on the fourth Monday of November, was
such a "special occasion," and that seven days' notice of the meeting, in such case,
was sufficient.

THE election of Hiram Woodward, returned a member from
Orange, being controverted by William Brooks and others,
was investigated by the committee on elections, who reported
thereon as follows : —

"That the petitioners allege, that the supposed election
of said Woodward was void, because the town-meeting was
warned by giving seven days' notice only, when the by-laws
of said town required a copy of all warrants for town-meetings
to be posted up fourteen days prior to the time of meeting.

The time of notice being admitted by the sitting member,
the petitioners then offered as evidence, to support their
allegation, an abstract from the town records, in the words
following: 'Voted, that town-meetings be warned for the
future, by posting up a copy of the warrant fourteen days, at
the least, at the public meeting-house, except on special occa-
sions, and then to be warned by the constable.' Here the
petitioners rested their case, no evidence being offered by
them to shew what construction had been given by the town
to the phraseology of the by-law.

On the part of the sitting member, it was contended, that
less than fourteen days' notice was sufficient on special occa-
sions, and that the right to convene, for the election of a repre-
sentative, on the fourth Monday of November, was such an
occasion.

In support of this position, evidence from the town records
was introduced to show, that the town had called meetings
for important purposes, such as for the election of representa-
tive in the congress of the United States ; which meetings had
been holden on seven days' notice, and such notice given in

the same manner as the notice for the meeting at which the said Hiram Woodward was elected. It was further proved by the sitting member, that the meeting, on the twenty-fourth of November last, was unusually large, and that no objections, on the ground of want of notice, were made, until the balloting resulted in the election of the said Woodward.

From the above statement of facts, the committee are unanimously of the opinion, that the said Woodward was duly and legally elected a member of this house, and is entitled to his seat. All which is respectfully submitted."

This report was made to the house, on the twentieth of January, and was read and accepted immediately.[1]